# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00777-CV

**Nicolas A. Salomon, Appellant**

**v.**

**Kroenke Sports & Entertainment, LLC; Outdoor Channel Holdings, Inc.; Skycam, LLC; and Cablecam, LLC, Appellees**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY, NO. D-1-GN-19-002424, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Nicolas A. Salomon has filed a motion to abate this appeal for a 90-day period to allow time for finalization of a related proceeding in the Court of Chancery of the State of Delaware. We grant the motion in part and abate the appeal. Appellant shall submit either a status report concerning the status of the Delaware proceeding, a motion to reinstate the appeal, or a motion to dismiss on or before May 4, 2020. The appeal will remain abated until further order of this Court.

It is so ordered on March 3, 2020.

Before Chief Justice Rose, Justices Kelly and Smith

Abated

Filed: March 3, 2020